# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MAURICE JILES,

    Plaintiff,

v.

WILLIAMS et al.,

    Defendants.

2:16-cv-01118-JCM-NJK

**ORDER**

## I. DISCUSSION

In light of the pre-service discovery in this case, the Court now extends the stay through Friday, June 16, 2017. (*See* ECF No. 10). The Court will schedule an Inmate Early Mediation Conference in a separate order. Defendants shall file their status report on or before Friday, June 16, 2017.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the stay is extended through Friday, June 16, 2017. Defendants shall file their status report on or before Friday, June 16, 2017.

DATED: This 14th day of April, 2017.

_____
United States Magistrate Judge