# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MAURICE JILES, | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:16-cv-01118-JCM-NJK |
| WILLIAMS et al., | ) | **ORDER** |
| Defendants. | ) | |

## I. DISCUSSION

According to Defendants' status report, the parties have reached a settlement. (ECF No. 17 at 2-3). The Court extends the stay until Wednesday, July 19, 2017. On or before that date, Defendants shall file an updated status report or a stipulation of dismissal.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the stay is extended until Wednesday, July 19, 2017. On or before that date, Defendants shall file an updated status report or a stipulation of dismissal.

DATED: This 19th day of June, 2017.

_____
United States Magistrate Judge