Case 2:16-cv-01118-JCM-NJK   Document 19   Filed 07/12/17   Page 1 of 1

ADAM PAUL LAXALT
  Attorney General
Frank A. Toddre II (Bar No. 11474)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Avenue, Suite 3900
Las Vegas, Nevada 89101
(702) 486-3149 (phone)
(702) 486-3773 (fax)
ftoddre@ag.nv.gov
Attorneys for Defendants
Nunez and Williams

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Maurice Jiles,<br><br>   Plaintiff,<br><br>vs.<br><br>Williams, et al.,<br><br>   Defendants. | Case No. 2:16-cv-01118-JCM-NJK<br><br>STIPULATION AND<br>ORDER OF DISMISSAL |

It is stipulated and agreed, by and between Plaintiff, MAURICE JILES, in pro per, and Defendants, Williams *et al.*, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Frank Toddre II, Deputy Attorney General, that the above-captioned matter be dismissed with prejudice, and each party bear their own attorney fees and costs.

/s/ Maurice Jiles
Maurice, Plaintiff
In Pro Per
Dated: 6/27/17

ADAM PAUL LAXALT
Attorney General

By: /s/ Frank A. Toddre II
Frank A. Toddre II
Deputy Attorney General
Dated: July 6, 2017

IT IS SO ORDERED.
Dated: July 13, 2017.

UNITED STATES DISTRICT JUDGE

Page 1 of 1